JOHN T. KEATING
Nevada Bar No. 6373
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
**KEATING** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*bbuckwalter@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*American National Property and Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANA I. BELTRAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>　　　　Defendants. | CASE NO.:　2:17-cv-01961-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, by and through its attorney, Bryce B. Buckwalter, Esq. of **KEATING** LAW GROUP and Plaintiff, ANA I. BELTRAN, by and through her counsel Christian N. Griffin, Esq. of HARRIS & HARRIS hereby agrees to stipulate to dismiss Defendant AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, with

///

///

1

prejudice, each party to bear its own attorney's fees and costs.

DATED this ___ day of February, 2018.        DATED this ___ day of February, 2018.

KEATING LAW GROUP                              HARRIS & HARRIS

/s/ Bryce B. Buckwalter                        /s/ Christian N. Griffin
JOHN T. KEATING, ESQ.                          CHRISTIAN N. GRIFFIN, ESQ.
Nevada Bar No. 6373                            Nevada Bar No. 10601
BRYCE B. BUCKWALTER                            2029 Alta Drive
Nevada Bar No. 7626                            Las Vegas, Nevada 89106
9130 W. Russell Road, Suite 200                Attorney for Plaintiff
Las Vegas, Nevada 89148                        *Ana I. Beltran*
Attorney for Defendant
*American National Property and Casualty Company*

### ORDER

The parties have stipulated and agreed to the dismissal of the Defendant, H AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, ANA I. BELTRAN'S Complaint as to Defendant, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY be dismissed with prejudice, each party to bear their own respective attorney's fees and costs herein.

Dated: February 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

Case No.: 2:17-cv-01961-APG-PAL

Submitted By:

**KEATING** LAW GROUP

/s/ Bryce B. Buckwalter
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorney for Defendant
*American National Property and Casualty Company*